United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 26-1300** **September Term, 2026**

**SEC-2026-53**
**SEC-Rel34-106535**

**Filed On: October 30, 2026** **[2201012]**

John Doe,

Petitioner

v.

Securities and Exchange Commission,

Respondent

------------------------------

Consolidated with 26-1301

**O R D E R**

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner(s) in case No(s). 26-1301 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | November 30, 2026 |
| Statement of Issues to be Raised | November 30, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Laura M. Morgan
Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form