# United States Court of Appeals
# District of Columbia Circuit

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** John Doe

v.

Securities and Exchange Commission

**Case No:** 26-1300

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◯ Retained ◯ Pro Bono ◯ Appointed (CJA/FPD) ⦿ Gov't counsel

for the ◯ Appellant(s)/Petitioner(s) ⦿ Appellee(s)/Respondent(s) ◯ Intervenor(s) ◯ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

Securities and Exchange Commission

### Counsel Information

Lead Counsel: William K. Shirey

Direct Phone: (202) 551-5043 Fax: (____) n/a Email: shireyw@sec.gov

2nd Counsel:

Direct Phone: (____) ________ Fax: (____) ________ Email:

3rd Counsel:

Direct Phone: (____) ________ Fax: (____) ________ Email:

Firm Name: Securities and Exchange Commission

Firm Address: 100 F. St., N.E.; Washington, DC 20549

Firm Phone: (____) n/a Fax: (____) ________ Email: n/a

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)